**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6318**

ROBERT MCCOY BRADLEY,

        Petitioner - Appellant,

    v.

JOHN CARAWAY, Warden,

        Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Richard D. Bennett, District Judge. (1:12-cv-01917-RDB)

Submitted:  July 18, 2013         Decided:  July 22, 2013

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert McCoy Bradley, Appellant Pro Se.  Alex Gordon, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert McCoy Bradley, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2013) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bradley v. Caraway, No. 1:12-cv-01917-RDB (D. Md. Feb. 6, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED